1 | MELISSA ARMSTRONG
(Texas Bar No. 24050234)
2 | Email: armstrongme@SEC.GOV
Securities and Exchange Commission
3 | 100 F Street NE
Washington, DC 20549
4 | Telephone: (202) 551-4274
Attorneys for Plaintiff
5 | Securities and Exchange Commission

6

7 | **UNITED STATES DISTRICT COURT**

8 | **DISTRICT OF ARIZONA**

9

10 | Securities and Exchange Commission,                Case No. CV-24-00636-PHX-JJ

11 |                    Plaintiff,                      **JOINT MOTION TO POSTPONE**

12 |          vs.                                       **PRETRIAL SCHEDULING**

13 | Christopher E. Galvin,                             **CONFERECE**

14 |                    Defendant.

15

16 |        Plaintiff Securities and Exchange Commission and Defendant Christopher Galvin

17 | jointly move the Court to postpone the initial pretrial scheduling conference in this case,

18 | currently scheduled for June 20, 2024. Counsel for Plaintiff will be out of the country on

19 | that date, and Defendant is currently in the process of trying to engage counsel to

20 | represent him in this action. The parties respectfully request that the Court postpone the

21 | scheduling conference by one week, to June 27, 2024, or to a time convenient for the

22 | Court, and extend all other dates in the Court's May 13, 2024 order (ECF 5) by the same

23 | interval.

24 | Dated: May 24, 2024

25 |    Respectfully submitted,                          Respectfully submitted,

26 |    _/s/ Melissa Armstrong_                           _/s/ Christopher Galvin w/p MJA_
      Melissa Armstrong                                  Christopher Galvin
27 |    Attorney for Plaintiff                            Defendant
      Securities and Exchange Commission
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I certify that on May 24, 2024, by agreement of the parties, I served the foregoing joint motion to be served on defendant Christopher Galvin by emailing it to him.

*/s/ Melissa Armstrong*
Melissa Armstrong

2