MELISSA ARMSTRONG
(Texas Bar No. 24050234)
Email: armstrongme@SEC.GOV
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4274
Attorneys for Plaintiff
Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Securities and Exchange Commission, | Case No. 2:24-cv-00636-KML |
| Plaintiff, | **JOINT STATUS REPORT AND MOTION TO EXTEND EXISTING STAY OF PROCEEDINGS** |
| vs. | |
| Christopher E. Galvin, | |
| Defendant. | |

Plaintiff Securities and Exchange Commission and Defendant Christopher Galvin jointly move the Court to extend the existing stay of this case until June 13, 2025. In support of this motion, the parties submit the following:

1) Plaintiff filed its complaint in this matter on March 22, 2024, and Defendant answered on April 26, 2024. (*See* ECF 1, 5 herein.)

2) Certain of the allegations in Plaintiff's complaint arise out of the same facts as those charged in a parallel criminal case, *USA v. Christopher Galvin*, 2:23-cr-01375-SMB. (*See* ECF 10.)

3) On July 17, 2024, at an initial Scheduling Conference in this matter, The Honorable John J. Tuchi granted Defendant's oral motion to stay this case until December 6, 2024. At the time, the parallel criminal matter was set for trial on November 12, 2024. Judge Tuchi further ordered the parties to file a joint status report on November 29, 2024. (*See* ECF 15 herein.)

1

4) On October 16, 2024, The Honorable Susan M Brnovich set a firm trial date in the parallel criminal matter for March 11, 2025. (*See* ECR Doc. No. 27 in 2:23-cr-01375-SMB.)

5) On November 18, 2024, this Court extended the stay in this matter and ordered the parties to file a joint status report by March 28, 2025. (*See* ECF 17 herein.)

6) On March 13, 2025, a jury found Galvin guilty of one count of wire fraud in the parallel criminal matter. (*See* ECR Doc. No. 52 in 2:23-cr-01375-SMB.) Judge Brnovich has set the matter for sentencing on May 30, 2025. (*See id.*)

7) The parties respectfully submit that extending the stay would obviate potential discovery issues that may implicate Defendant's Fifth Amendment Right and ultimately conserve judicial resources.

8) The parties will notify the Court if the criminal sentencing date is reset or otherwise does not occur on May 30, 2025, and in any event will file a joint status report by June 13, 2025.

9) In the interim, the parties will discuss whether they can resolve any part of this matter without the need for further judicial intervention.

Dated: March 25, 2025

Respectfully submitted,

/s/ Melissa Armstrong
Melissa Armstrong
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4274

Counsel for Plaintiff
Securities and Exchange Commission

Respectfully submitted,

/s/ Myles A, Schneider
Myles A. Schneider, #028436
Myles A. Schneider & Associates, LTD
14001 N. 7th Street, Suite B104
Phoenix, AZ 85022
Telephone: (602) 926-7373
Counsel for Defendant
Christopher Galvin

**CERTIFICATE OF SERVICE**

    I certify that on March 25, 2025, I served the foregoing joint status report and motion on counsel for Defendant Christopher Galvin via ECF.

                                             */s/ Melissa Armstrong*
                                             Melissa Armstrong