UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Securities and Exchange Commission,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Christopher E. Galvin,<br><br>　　　　　Defendant. | Case No. 2:24-cv-00636-KML |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiff Securities and Exchange Commission respectfully moves the Court to enter judgment according to the partial settlement between the Commission and Defendant Christopher E. Galvin.

Attached as Exhibit 1 is Galvin's executed Consent reflecting the terms of the partial settlement. Attached as Exhibit 2 is the proposed Judgment to which Galvin agreed.

The proposed Judgment would permanently enjoin Galvin from violating Section 10(b) of the Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5], and Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)]. It would further prohibit Galvin from acting as an officer or director of any issuer that has a class of securities registered pursuant to Section 12 of the Exchange Act [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)]. It would leave for the Court to decide, upon motion by the Commission, any monetary remedies to be assessed against Galvin, including

disgorgement, prejudgment interest, and civil penalty. It would further leave for the Court to decide, upon motion by the Commission, whether to enter a conduct-based injunction enjoining Defendant from directly or indirectly, including, but not limited to, through any entity owned or controlled by Defendant, participating in the issuance, purchase, offer, or sale of any security, provided however, that such injunction shall not prevent Defendant from purchasing or selling securities for his own personal account.

      Galvin has consented to entry of the proposed Judgment, and this motion is therefore unopposed. Counsel of record in this matter approved Galvin's consent as to form and has represented to the Commission that Galvin's current criminal counsel also approved his accepting this partial settlement.

      Accordingly, the Commission respectfully requests that the Court enter the proposed Judgment attached as Exhibit 2.

Dated: June 5, 2025

Respectfully submitted,

*/s/ Melissa Armstrong*
Melissa Armstrong
100 F Street NE
Washington, DC 20549
Telephone: (202) 551-4274
Counsel for Plaintiff
Securities and Exchange Commission

**CERTIFICATE OF SERVICE**

I certify that on June 5, 2025, I served the foregoing motion on counsel for Defendant Christopher Galvin via ECF.

<u>*/s/ Melissa Armstrong*</u>
Melissa Armstrong